# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: PALBOCICILB PATENT LITIGATION. | ) ) ) ) | MDL No. 19-2912 (CFC) |

## MOTION FOR DISCOVERY CONFERENCE

For the reasons stated in Defendants' letter submitted herewith, Defendants Aizant Drug Research Solutions Pvt. Ltd.[1], Alembic Pharmaceuticals, Inc., Alembic Pharmaceuticals, Ltd., Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc., Eugia Pharma Specialties Ltd., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., Natco Pharma, Inc., Natco Pharma, Ltd., Mylan Pharmaceuticals, Inc., Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC, and Cadila Healthcare, Ltd. (collectively, "Defendants") respectfully request an order that Plaintiffs Pfizer Inc., Warner-Lambert Company LLC, PF PRISM C.V., Pfizer Manufacturing Holdings LLC, and PF PRISM IMB B.V. ("Plaintiffs") shall within 14 days provide a 30(b)(6) designee prepared to testify regarding information contained in Plaintiffs' December 9, 2020 Supplemental Objections and Responses to Defendants' First Set of Common Interrogatories and Second Set of Common

---

[1] Aizant planned to join this motion but did not provide sign-off from Delaware counsel before the deadline to file this motion

1

Interrogatories (Nos. 1, 2, and 13) and Topic Nos. 7 and 20 in Defendants' October 13, 2020 Notice of Deposition to Pfizer Pursuant to Federal Rule of Civil Procedure 30(b)(6).

Dated: February 8, 2021

| | |
|---|---|
| MORRIS JAMES LLP | BAYARD, P.A. |
| /s/ Kenneth L. Dorsney | /s/ Stephen B. Brauerman |
| _____ | _____ |
| Kenneth L. Dorsney (#3726)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>(302) 888-6800<br>kdorsney@morrisjames.com | Stephen B. Brauerman (#4952)<br>600 King Street, Suite 400<br>Wilmington, DE  19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com |
| *Attorneys for Defendants<br>Aurobindo Pharma, Ltd.,<br>Aurobindo Pharma USA, Inc., and<br>Eugia Pharma Specialties, Ltd.* | *Attorney for Defendants<br>Dr. Reddy's Laboratories, Ltd. and<br>Dr. Reddy's Laboratories, Inc.* |
| POTTER ANDERSON & CORROON LLP | PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A. |
| /s/ Bindu A. Palapura | /s/ Megan C. Haney |
| _____ | _____ |
| Bindu A. Palapura (#5370)<br>Alan R. Silverstein (#5066)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>(302) 984-6000<br>bpalapura@potteranderson.com<br>asilverstein@potteranderson.com | John C. Phillips Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE  19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com |
| *Attorneys for Defendants<br>Alembic Pharmaceuticals, Inc. and<br>Alembic Pharmaceuticals, Ltd.* | *Attorneys for Defendants<br>Zydus Pharmaceuticals (USA) Inc.,<br>Zydus Worldwide DMCC and<br>Cadila Healthcare Ltd.* |

POTTER ANDERSON & CORROON LLP

/s/ Stephanie E. O'Byrne
_____
David E. Moore (#3983)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*


RICHARDS, LAYTON & FINGER, PA

/s/ Kelly E. Farnan
_____
Kelly E. Farnan (#4395)
Renée Mosley Delcollo (#6442)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
delcollo@rlf.com

*Attorneys for Defendants*
*Natco Pharma, Inc.,*
*Natco Pharma, Ltd.,*
*Cipla USA Inc. and Cipla, Ltd.*

3

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for Plaintiffs Pfizer Inc., Warner-Lambert Company LLC, PF PRISM C.V., Pfizer Manufacturing Holdings LLC, and PF PRISM IMB B.V. (collectively "Plaintiffs"), including a teleconference on December 30, 2020 that included lead and Delaware counsel for Plaintiffs and Defendants Aizant Drug Research Solutions Pvt. Ltd., Alembic Pharmaceuticals, Inc., Alembic Pharmaceuticals, Ltd., Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc., Eugia Pharma Specialties Ltd., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., Natco Pharma, Inc., Natco Pharma, Ltd., Mylan Pharmaceuticals, Inc., Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC, and Cadila Healthcare, Ltd., and that the parties were unable to reach agreement.

Dated: February 8, 2021

                                                  */s/ Kenneth L. Dorsney*
                                                  Kenneth L. Dorsney (#3726)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: PALBOCICILB PATENT LITIGATION. | ) ) ) ) | MDL No. 19-2912 (CFC) |

### [PROPOSED] ORDER

**THIS MATTER** having come before the Court on the motion and letter briefing of Defendants Aizant Drug Research Solutions Pvt. Ltd., Alembic Pharmaceuticals, Inc., Alembic Pharmaceuticals, Ltd., Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc., Eugia Pharma Specialties Ltd., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd., Natco Pharma, Inc., Natco Pharma, Ltd., Mylan Pharmaceuticals, Inc., Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC, and Cadila Healthcare, Ltd. (collectively, "Defendants") raising discovery disputes with Plaintiffs Pfizer Inc., Warner-Lambert Company LLC, PF PRISM C.V., Pfizer Manufacturing Holdings LLC, Pfizer PFE Ireland Pharmaceuticals Holding 1 B.V., and PF PRISM IMB B.V. (collectively, "Plaintiffs"), and the Court having held a discovery conference on February 11, 2021;

**IT IS HEREBY ORDERED** that within 14 days, Plaintiffs shall provide a 30(b)(6) designee prepared to testify regarding information contained in Plaintiffs' December 9, 2020 Supplemental Objections and Responses to Defendants' First Set

of Common Interrogatories and Second Set of Common Interrogatories (Nos. 1, 2, and 13) and Topic Nos. 7 and 20 in Defendants' October 13, 2020 Notice of Deposition to Pfizer Pursuant to Federal Rule of Civil Procedure 30(b)(6).

      SO ORDERED this _____ day of February, 2021.

_____
United States District Court Judge

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the font type and font size in the Standing Order Regarding Briefing in All Cases dated November 6, 2019.

Dated: February 8, 2021

Respectfully submitted,

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (I.D. #3726)